UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-24684-CIV-MARTINEZ-OTAZO-REYES

STREAMINN HUB INC., et al.,

    Plaintiffs,

vs.

RICARDO M. GAYLE, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION TO STAY LITIGATION AND GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon Plaintiffs' Motion to Stay Litigation, [ECF No. 95], and Plaintiffs' counsel's subsequent Motion to Withdraw, [ECF Nos. 100, 102]. The Court has reviewed the Motion, Defendants' Response in Opposition thereto, [ECF No. 97], Plaintiffs' Expedited Reply, [ECF No. 100], the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiffs' counsel, Edmar M. Amaya, was suspended from practicing law by the Florida Supreme Court effective May 9, 2020 until August 9, 2020. Plaintiffs therefore request that this case be staying pending the conclusion of Mr. Amaya's suspension. Plaintiffs, however, have failed to set forth any legal authority supporting the blanket assertion that "numerous district courts have stayed proceedings in similar circumstances." [ECF No. 95 at 7]. As such, Plaintiffs have failed to meet their burden to establish that a stay is warranted. *See Clinton v. Jones*, 520 U.S. 681, 683 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

In the alternative, Mr. Amaya seeks to withdraw from the case as Plaintiffs' counsel.

Because Mr. Amaya is hereby suspended, withdrawal from the case is appropriate. The Court notes, however, that Mr. Amaya was aware of his suspension as early as April 9, 2020—three weeks after he filed a Notice of Appearance in this case. Pursuant to the Florida Supreme Court's suspension order, counsel was required to "immediately" inform both this Court and opposing counsel of such suspension. *See* ECF No. 95-1. Unfortunately, this Court was not made aware of the disciplinary action until almost a month later. As such, **this Court will require Plaintiffs to find new counsel on an expedited timeline.**

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiffs' Motion to Stay Litigation, [ECF No. 95], is **DENIED.**

2. Plaintiffs' counsel, Mr. Edmar M. Amaya's Motion to Withdraw, [ECF Nos. 100, 102], is **GRANTED**. Edmar M. Amaya **SHALL BE PERMITTED** to withdraw as Attorneys of Record for Plaintiffs and Counter-Defendants in the above-captioned case. Counsel shall, first, send a copy of this Order to their clients and file with the Clerk a certification of service.

3. Plaintiffs, Streaminn Hub Inc., FM Records Music Inc., and FM Records Music LLC SHALL retain new counsel, and new counsel SHALL file a Notice of Appearance **on or before May 27, 2020**. A corporation must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985). Failure to comply with this Order SHALL result in the immediate dismissal of this case without prejudice and default judgment as to the counterclaims asserted against the aforementioned parties.

3. Plaintiff Kemar McGregor SHALL, **on or before May 27, 2020,** either:

    a. retain new counsel, and new counsel SHALL file a Notice of Appearance; or

    b. file a Notice of Intent to Proceed *Pro Se.*

2

Failure to comply with this Order SHALL result in the immediate dismissal of this case without prejudice and default judgment as to the counterclaims asserted again McGregor.

4. All unexpired, pretrial deadlines at the time the Motion to Withdraw, [ECF Nos. 100, 102], was filed are hereby **STAYED** pending the Plaintiffs' filing of the requisite notices.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of May, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record