UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-24684-CIV-MARTINEZ-OTAZO-REYES

STREAMINN HUB INC.,

    Plaintiff,

vs.

RICARDO M. GAYLE, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Counter-Plaintiffs Ricardo M. Gayle, Francine A. Gayle, and Long Chain Global Music LLC's Motion for Default Judgment, [ECF No. 129]. After conducting an evidentiary hearing on the matter, Magistrate Judge Otazo-Reyes filed a Report and Recommendation, [ECF No. 138], recommending that the Motion for Default Judgment be granted, and final judgment be entered in favor of the Counter-Plaintiffs. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, [ECF No. 138], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. The Counter-Plaintiffs' Motion for Default Judgment, [ECF No. 129], is **GRANTED**.

2. Final Default Judgment shall be entered against the Counter-Defendants by separate order to follow.

2. This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

Copies via U.S. Mail to:

Streaminn Hub Inc.
4555 N.W. 103rd Ave.
Suite 100
Sunrise, FL 33351

FM Records Music Inc.
P.O. Box 25773
Tamarac, FL 33320

FM Records Music LLC
4555 N.W. 103rd Ave.
Suite 100
Sunrise, FL 33351

Kemar McGregor
16051 N.E. 5th Ave.
North Miami Beach, FL 33162