UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-24684-CIV-MARTINEZ-OTAZO-REYES

STREAMINN HUB INC., *et al.*,

    Plaintiffs/Counter-Defendants,

vs.

RICARDO M. GAYLE p/k/a KHAGO, *et al.*,

    Defendants/Counter-Plaitniffs.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Counter-Plaintiffs' Verified Motion to Enforce Injunction, for Contempt, and for Sanctions (the "Motion for Contempt"), (ECF No. 142). (ECF No. 143). Judge Otazo-Reyes filed a Report and Recommendation, (ECF No. 152), recommending that (1) the Motion for Contempt, (ECF no. 142) be granted; (2) Counter-Defendants Streaming Hub, Inc., FM Records Music Inc., and FM Records Music LLC (collectively, "Corporate Counter-Defendants") be found in contempt of court based upon their failure to comply with the Default Final Judgment, (ECF No. 140), and their failure to appear in court on December 8, 2021, as required by Magistrate Judge Otazo-Reyes's Second Order Setting Show Cause Hearing, (ECF No. 149); (3) Counter-Defendant Kemar McGregor be found in contempt of court for the same reasons as Corporate Counter-Defendants; and (4) a fine of $100 per day, respectively, be imposed until all Counter-Defendants purge themselves of the contempt. This Court notes that, since the filing of the Report and Recommendation on December 13, 2021, no objections have been filed, and the deadline to so object has passed. After careful consideration, it is

    ADJUDGED that Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 152), be AFFIRMED AND ADOPTED.

Accordingly, it is ADJUDGED that:

1. Counter-Plaintiffs' Verified Motion to Enforce Injunction, for Contempt, and for Sanctions, (ECF No. 142), is GRANTED/

2. Counter Defendants Streaming Hub, Inc., FM Records Music Inc., FM Records Music LLC, and Kemar McGregor are held in civil contempt for failing to comply with the Default Final Judgment, (ECF No. 140), and their failure to appear in court on December 8, 2021, as required by Magistrate Judge Otazo-Reyes's Second Order Setting Show Cause Hearing, (ECF No. 149).

3. Counter Defendants Streaming Hub, Inc., FM Records Music Inc., FM Records Music LLC, and Kemar McGregor shall each pay a fine of $100 per day, from the date of this Order until they purge themselves of the contempt.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of April, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Otazo-Reyes

All Counsel of Record

Streaminn Hub Inc.
11077 Biscayne Blvd.
Suite 200
Miami, FL 33161

FM Records Music Inc.
11077 Biscayne Blvd.
Suite 200
Miami, FL 33161

FM Records Music LLC
11077 Biscayne Blvd.
Suite 200
Miami, FL 33161

Kemar McGregor
9633 NW 45th Street
Sunrise, FL 33251